PROB 12C
(7/93)

Report Date: March 8, 2010

## United States District Court

for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Nakia Shane Burland      Case Number: 2:00CR00053-001 &
                                                         2:00CR00010-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 10/4/2001

| | |
|---|---|
| Original Offense: | Conspiracy to Receive and Pass Counterfeit Obligation of the U.S., 18 U.S.C. § 371; Importation of a Controlled Substance, 21 U.S.C. § 952 |
| Original Sentence: | Prison - 46 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 01/02/2010

Date Supervision Expires: 01/01/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     **Special Condition # 19**: You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

                      **Supporting Evidence**: On March 5, 2010, Mr. Burland was completing up to 180 days at the Spokane Residential Reentry Center (RRC). He was scheduled to be in the community on job search from 8:00 a.m. until 1:00 p.m. He failed to report back to the RRC by 1:00 p.m., as directed. Starting at 1:15 p.m., the RRC staff began making attempts to contact Nakia Burland on his cell phone, without success. Further, they report having contacted the job sites to which he reportedly checked out. Each job site advised they had not seen Mr. Burland. After contacting his wife, local hospitals, and the Spokane County Jail, they discharged him as an absconder on March 5, 2010, at 3:00 p.m. Mr. Burland did not have the Court's permission to be discharged from the facility.

Prob12C
Re:  Burland, Nakia Shane
March 8, 2010
Page 2

| | | |
|---|---|---|
| 2 | **Special Condition # 20**: You shall complete a mental health evaluation and follow any treatment recommendations. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability. | |

**Supporting Evidence**: Mr. Burland is participating in mental health counseling through Tom Stebbins. Based on the recommendation of Mr. Stebbins, he has been attending individual counseling once per week. Nakia Burland failed to report for his counseling appointment on March 1, 2010, at 10:00 a.m., and on March 8, 2010, at 11:00 a.m. Mr. Burland is currently in non-compliance with mental health treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/08/2010

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/8/10
Date